UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

NANCY ANYANONU, and
ANDREW E. C. ANYANONU,

    Plaintiffs,

v.

Case Number: 9-cv-14928
Honorable Mark A. Goldsmith

GERALD E. SIEPIERSKI,
GERALD E. SIEPIERSKI, INC. and
GERALD D. SIEPIERSKI,
jointly and severally,

    Defendants.

---

CHUI KAREGA (P27059)
**LAW OFFICES OF CHUI KAREGA**
Attorney for Plaintiffs
19771 James Couzens Highway
Detroit, MI 48235-1977
(313) 864-0663, (313) 864-1056, fax
ck27059@msn.com

HOWARD C. TREADO (P30234)
**kallas & henk pc**
Attorney for Defendant, Gerald E. Siepierski, only
43902 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48302
(248) 335-5450, Ext. 204, (248) 335-9889, fax
htreado@kallashenk.com

MATTHEW C. QUINN (P24116)
SCOTT R. BAKER (P69106)
**GABE, QUINN, & SEYMOUR**
Attorneys for Defendants, Gerald E. Siepierski, Inc. and Gerald D. Siepierski
1026 West Eleven Mile Road
Royal Oak, MI 48067
(248) 399-9703
quinn@gabequinnseymour.com
baker@gabequinnseymour.com

---

### ORDER COMPELLING ANSWERS TO INTERROGATORIES
### AND REQUEST FOR PRODUCTION OF DOCUMENTS

    Upon the reading and filing of the above Stipulation of the parties, and the Court being fully advised in the premises;

    **NOW THEREFORE;**

**IT IS HEREBY ORDERED** that the Answers to the aforementioned Second Interrogatories and Request for Production of Documents to Plaintiff will be provided within thirty (30) days of the entry of this Order.

Dated: December 8, 2010             s/Mark A. Goldsmith
     Flint, Michigan                MARK A. GOLDSMITH
                                     United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 8, 2010.

                                               s/Deborah J. Goltz
                                               DEBORAH J. GOLTZ
                                               Case Manager